1    Paul R. Cort, State Bar No. 184336                Zachary Fabish, State Bar No. 247535
     Earthjustice                                       Sierra Club
2    50 California Street                               50 F Street, NW, 8th Floor
     San Francisco, CA 94111                            Washington, DC 20001
3    Tel: 415-217-2000/Fax: 415-217-2040                (202) 675-7917
4    pcort@earthjustice.org                             zachary.fabish@sierraclub.org

5    Kathleen Riley, *Pro Hac Vice*                     *Counsel for Plaintiff Sierra Club*
     Neil Gormley, *Pro Hac Vice*
6    Earthjustice                                       Hayden Hashimoto, State Bar No. 325150
7    1001 G St NW, Suite 1000                           Clean Air Task Force
     Washington, DC 20001                               114 State St., 6th Floor
8    Tel: 202-667-4500/Fax: 202-667-2356                Boston, MA 02109
     kriley@earthjustice.org                            (808) 342-8837
9    ngormley@earthjustice.org                          hhashimoto@catf.us

10   *Counsel for Plaintiffs Downwinders at Risk,*      *Counsel for Plaintiff Clean Wisconsin*
     *Sierra Club, Center for Biological Diversity,*
11   *Air Alliance Houston, Texas Environmental*
     *Justice Advocacy Services, Appalachian*
12   *Mountain Club, Earthworks, Natural*
     *Resources Defense Council, and*
13   *Environmental Defense Fund*

14

15   JEAN E. WILLIAMS
16   Acting Assistant Attorney General
     Environment and Natural Resources Division
17
     DAVID D. MITCHELL (IL Bar No. 6302250)
18   United States Department of Justice
     Environment & Natural Resources Division
19   Environmental Defense Section
     P.O. Box 7611
20   Washington, DC 20044
     Telephone: (202) 514-0165
21   Fax: (202) 514-8865
     E-mail: david.mitchell@usdoj.gov
22
     *Counsel for Defendant*
23

24

25

26

27

28   Stipulation to Continue Initial Case Management
     Conference and Associated Deadlines and Order (As
     Modified) Case No. 4:21-cv-3551                                                      1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

DOWNWINDERS AT RISK, et al.,

        Plaintiffs,

        v.

MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency,

        Defendant.

Case No. 4:21-cv-3551-DMR

**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES AND ORDER (AS MODIFIED)**

       Pursuant to Civil L.R. 6-1(b), Plaintiffs, Downwinders at Risk, et al., and Defendant, United States Environmental Protection Agency Administrator Michael S. Regan (together, "the Parties") stipulate to continue the Initial Case Management Conference to October 20, 2021 and reschedule the associated deadlines accordingly.  The Initial Case Management Conference is currently scheduled for August 18, 2021.  The Parties are engaged in settlement discussions to resolve this case.  The Parties believe that the stipulated extension will allow sufficient time to continue settlement discussions and, if possible, reach a tentative agreement for a proposed consent decree prior to October 20, 2021.

       The Parties previously stipulated to extending the responsive pleading deadline in this case to September 20, 2021 (Dkt. No. 14).  There have been no other time modifications.

       THEREFORE, the Parties stipulate to and request that the Court enter an order continuing the Initial Case Management Conference to October 20, 2021 at 1:30 PM, or to such later date that is convenient for the Court, and continuing the associated deadlines as follows:

| Activity | Current Date/Deadline | New Date/Deadline |
|---|---|---|
| Rule 26(f) Conference | July 28, 2021 | No later than 21 days prior to the Initial Case Management Conference |
| ADR Certification | July 28, 2021 | No later than 21 days prior to the Initial Case Management Conference |
| Joint Case Management Conference Statement & Initial Disclosures | August 11, 2021 | No later than 7 days prior to the Initial Case Management Conference |

Respectfully submitted,

Dated:    July 26, 2021            /s/ with permission
                                  Kathleen Riley, *Pro Hac Vice*
                                  Neil Gormley, *Pro Hac Vice*
                                  Paul R. Cort
                                  Earthjustice

                                  *Counsel for Plaintiffs Downwinders at Risk,*
                                  *Sierra Club, Center for Biological Diversity,*
                                  *Air Alliance Houston, Texas Environmental*
                                  *Justice Advocacy Services, Appalachian*
                                  *Mountain Club, Earthworks, Natural*
                                  *Resources Defense Council, and*
                                  *Environmental Defense Fund*

                                  /s/ with permission
                                  Hayden Hashimoto
                                  Clean Air Task Force

                                  *Counsel for Plaintiff Clean Wisconsin*

                                  /s/ with permission
                                  Zachary M. Fabish
                                  Sierra Club

                                  *Counsel for Plaintiff Sierra Club*

1                                       JEAN E. WILLIAMS
                                              Acting Assistant Attorney General

2                                         Environment and Natural Resources Division

3 Dated:   July 26, 2021                 /s/

4                                         DAVID D. MITCHELL
                                        United States Department of Justice

5                                         Environment and Natural Resources Division
                                        Environmental Defense Section

6

7                                         *Counsel for Defendant*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Stipulation to Continue Initial Case Management Conference
   and Associated Deadlines and Order (As Modified)
   Case No. 4:21-cv-3551                                              4

1

**ORDER (AS MODIFIED)**

2

Pursuant to stipulation and for good cause shown, the following dates and deadlines established

3

by the Court's May 13, 2021 Order (Dkt. No. 8) are continued as follows:

4

5

| Activity | Current Date/Deadline | New Date/Deadline |
|---|---|---|
| Rule 26(f) Conference | July 28, 2021 | September 29, 2021 |
| ADR Certification | July 28, 2021 | September 29, 2021 |
| Joint Case Management Conference Statement & Initial Disclosures | August 11, 2021 | October 13, 2021 |
| Initial Case Management Conference | August 18, 2021 1:30 P.M. | October 20, 2021 1:30 P.M. by Zoom video conference |

6

7

8

9

10

11

12

IT IS SO ORDERED AS MODIFIED.

13

14

DATED:   July 26, 2021

15

16



17

18

19

20

DONNA M. RYU
United States Magistrate Judge

21

22

23

24

25

26

27

28