| | |
|---|---|
| Paul R. Cort, State Bar No. 184336<br>Earthjustice<br>50 California Street<br>San Francisco, CA 94111<br>Tel: 415-217-2000/Fax: 415-217-2040<br>pcort@earthjustice.org | Zachary Fabish, State Bar No. 247535<br>Sierra Club<br>50 F Street, NW, 8th Floor<br>Washington, DC 20001<br>(202) 675-7917<br>zachary.fabish@sierraclub.org |
| Kathleen Riley, *Pro Hac Vice*<br>Neil Gormley, *Pro Hac Vice*<br>Earthjustice<br>1001 G St NW, Suite 1000<br>Washington, DC 20001<br>Tel: 202-667-4500/Fax: 202-667-2356<br>kriley@earthjustice.org<br>ngormley@earthjustice.org | *Counsel for Plaintiff Sierra Club*<br><br>Hayden Hashimoto, State Bar No. 325150<br>Clean Air Task Force<br>114 State St., 6th Floor<br>Boston, MA 02109<br>(808) 342-8837<br>hhashimoto@catf.us |
| *Counsel for Plaintiffs Downwinders at Risk, Sierra Club, Center for Biological Diversity, Air Alliance Houston, Texas Environmental Justice Advocacy Services, Appalachian Mountain Club, Earthworks, Natural Resources Defense Council, and Environmental Defense Fund* | *Counsel for Plaintiff Clean Wisconsin* |

TODD KIM
Assistant Attorney General

DAVID D. MITCHELL (IL Bar No. 6302250)
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 514-0165
Fax: (202) 514-8865
E-mail: david.mitchell@usdoj.gov

*Counsel for Defendant*

Second Stipulation to Extend Responsive Pleading Deadline
Case No. 4:21-cv-3551-DMR

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DOWNWINDERS AT RISK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No. 4:21-cv-3551-DMR<br><br>**SECOND STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE** |

Pursuant to Civil L.R. 6-1(a), Plaintiffs, Downwinders at Risk, et al., and Defendant, United States Environmental Protection Agency Administrator Michael S. Regan (together, "the Parties") stipulate that the deadline for Defendant to file a responsive pleading is extended to January 18, 2022.  The Parties have reached a tentative agreement on a proposed consent decree that would resolve the claims in this case.  The Parties need additional time to secure necessary approvals for signature and allow for sufficient time for the proposed consent decree to undergo the notice and comment period required under section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g), prior to moving this Court to enter an agreed to and signed consent decree.  The Parties believe 120 days is sufficient to complete these requirements.

Previously, the Parties stipulated to extend the responsive pleading deadline to September 20, 2021 (Dkt. No. 14). The Parties also stipulated to extend the date of the case management conference to October 20, 2021, which this Court subsequently granted (Dkt. No. 16).  There have been no other modifications of time in this case. The Parties will separately stipulate and request that the Court enter an order continuing the case management conference and associated deadlines.

Therefore, the Parties stipulate to extend the deadline for Defendant to file a responsive pleading to January 18, 2022.

                                                Respectfully submitted,

Dated: September 17, 2021          /s/ with permission
                                                Paul R. Cort
                                                Kathleen Riley, *Pro Hac Vice*
                                                Neil Gormley, *Pro Hac Vice*
                                                Earthjustice

                                                *Counsel for Plaintiffs Downwinders at Risk, Sierra Club, Center for Biological Diversity, Air Alliance Houston, Texas Environmental Justice Advocacy Services, Appalachian Mountain Club, Earthworks, Natural Resources Defense Council, and Environmental Defense Fund*

                                                /s/ with permission
                                                Hayden Hashimoto
                                                Clean Air Task Force

                                                *Counsel for Plaintiff Clean Wisconsin*

                                                /s/ with permission
                                                Zachary M. Fabish
                                                Sierra Club

                                                *Counsel for Plaintiff Sierra Club*


                                                TODD KIM
                                                Assistant Attorney General

Dated: September 17, 2021          /s/
                                                DAVID D. MITCHELL
                                                United States Department of Justice
                                                Environment and Natural Resources Division
                                                Environmental Defense Section

                                                *Counsel for Defendant*