| | |
|---|---|
| Paul R. Cort, State Bar No. 184336<br>Earthjustice<br>50 California Street<br>San Francisco, CA 94111<br>Tel: 415-217-2000/Fax: 415-217-2040<br>pcort@earthjustice.org | Zachary Fabish, State Bar No. 247535<br>Sierra Club<br>50 F Street, NW, 8th Floor<br>Washington, DC 20001<br>(202) 675-7917<br>zachary.fabish@sierraclub.org |
| Kathleen Riley, *Pro Hac Vice*<br>Neil Gormley, *Pro Hac Vice*<br>Earthjustice<br>1001 G St NW, Suite 1000<br>Washington, DC 20001<br>Tel: 202-667-4500/Fax: 202-667-2356<br>kriley@earthjustice.org<br>ngormley@earthjustice.org | *Counsel for Plaintiff Sierra Club*<br><br>Hayden Hashimoto, State Bar No. 325150<br>Clean Air Task Force<br>114 State St., 6th Floor<br>Boston, MA 02109<br>(808) 342-8837<br>hhashimoto@catf.us |
| *Counsel for Plaintiffs Downwinders at Risk, Sierra Club, Center for Biological Diversity, Air Alliance Houston, Texas Environmental Justice Advocacy Services, Appalachian Mountain Club, Earthworks, Natural Resources Defense Council, and Environmental Defense Fund* | *Counsel for Plaintiff Clean Wisconsin* |

TODD KIM
Assistant Attorney General

DAVID D. MITCHELL (IL Bar No. 6302250)
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 514-0165
Fax: (202) 514-8865
E-mail: david.mitchell@usdoj.gov

*Counsel for Defendant*

Second Stipulation to Continue Initial Case Management
Conference and Associated Deadlines and Proposed Order
Case No. 4:21-cv-3551

1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| DOWNWINDERS AT RISK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency, <br><br> Defendant. | Case No. 4:21-cv-3551-DMR <br><br> **SECOND STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES AND ORDER (AS MODIFIED)** |

Pursuant to Civil L.R. 6-1(b), Plaintiffs, Downwinders at Risk, et al., and Defendant, United States Environmental Protection Agency Administrator Michael S. Regan (together, "the Parties") stipulate to continue the Initial Case Management Conference to February 16, 2022 and reschedule the associated deadlines accordingly. The Initial Case Management Conference is currently scheduled for October 20, 2021. The Parties have reached a tentative agreement on a proposed consent decree that would resolve the claims in this case. The Parties need additional time to secure necessary approvals for signature and allow for sufficient time for the proposed consent decree to undergo the notice and comment period required under section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g), prior to moving this Court to enter an agreed to and signed consent decree. The Parties believe the extension requested here will allow sufficient time to complete these requirements.

Previously, the Parties stipulated to extend the date of the case management conference to October 20, 2021, which this Court subsequently granted (Dkt. No. 16). The Parties also have stipulated twice to extend the responsive pleading deadline: first to September 20, 2021 (Dkt. No. 14), and then to January 18, 2022 (Dkt. No. 18). There have been no other modifications of time in this case.

THEREFORE, the Parties stipulate to and request that the Court enter an order continuing the Initial Case Management Conference to February 16, 2022 at 1:30 PM, or to such later date that is convenient for the Court, and continuing the associated deadlines as follows:

| Activity | Current Date/Deadline | New Date/Deadline |
|---|---|---|
| Rule 26(f) Conference | September 29, 2021 | No later than 21 days prior to the Initial Case Management Conference |
| ADR Certification | September 29, 2021 | No later than 21 days prior to the Initial Case Management Conference |
| Joint Case Management Conference Statement & Initial Disclosures | October 13, 2021 | No later than 7 days prior to the Initial Case Management Conference |

Respectfully submitted,

Dated: September 24, 2021

/s/ with permission
Kathleen Riley, *Pro Hac Vice*
Neil Gormley, *Pro Hac Vice*
Paul R. Cort
Earthjustice

*Counsel for Plaintiffs Downwinders at Risk, Sierra Club, Center for Biological Diversity, Air Alliance Houston, Texas Environmental Justice Advocacy Services, Appalachian Mountain Club, Earthworks, Natural Resources Defense Council, and Environmental Defense Fund*

/s/ with permission
Hayden Hashimoto
Clean Air Task Force

*Counsel for Plaintiff Clean Wisconsin*

/s/ with permission
Zachary M. Fabish,
Sierra Club

*Counsel for Plaintiff Sierra Club*

|   |   |
|---|---|
|   | TODD KIM<br>Assistant Attorney General |
| Dated: September 24, 2021 | /s/<br>DAVID D. MITCHELL<br>United States Department of Justice<br>Environment and Natural Resources Division<br>Environmental Defense Section<br><br>*Counsel for Defendant* |

Second Stipulation to Continue Initial Case Management
Conference and Associated Deadlines and Order (As Modified)
Case No. 4:21-cv-3551

4

**ORDER (AS MODIFIED)**

Pursuant to stipulation and for good cause shown, the following dates and deadlines established by the Court's July 26, 2021 Order (Dkt. No. 16) are continued as follows:

| Activity | Current Date/Deadline | New Date/Deadline |
|---|---|---|
| Rule 26(f) Conference | September 29, 2021 | January 26, 2022 |
| ADR Certification | September 29, 2021 | January 26, 2022 |
| Joint Case Management Conference Statement & Initial Disclosures | October 13, 2021 | February 23, 2022 |
| Initial Case Management Conference | October 20, 2021 1:30 P.M. | March 2, 2022 10:00 A.M. Zoom video conference |

IT IS SO ORDERED AS MODIFIED.

DATED:  September 24, 2021



DONNA M. RYU
United States Magistrate Judge

Second Stipulation to Continue Initial Case Management
Conference and Associated Deadlines and Order (As Modified)
Case No: 4:21-cv-3551-DMR