| | |
|---|---|
| Paul R. Cort, State Bar No. 184336<br>Earthjustice<br>50 California Street<br>San Francisco, CA 94111<br>Tel: 415-217-2000/Fax: 415-217-2040<br>pcort@earthjustice.org | Zachary Fabish, State Bar No. 247535<br>Sierra Club<br>50 F Street, NW, 8th Floor<br>Washington, DC 20001<br>(202) 675-7917<br>zachary.fabish@sierraclub.org |
| Kathleen Riley, *Pro Hac Vice*<br>Neil Gormley, *Pro Hac Vice*<br>Earthjustice<br>1001 G St NW, Suite 1000<br>Washington, DC 20001<br>Tel: 202-667-4500/Fax: 202-667-2356<br>kriley@earthjustice.org<br>ngormley@earthjustice.org | *Counsel for Plaintiff Sierra Club*<br><br>Hayden Hashimoto, State Bar No. 325150<br>Clean Air Task Force<br>114 State St., 6th Floor<br>Boston, MA 02109<br>(808) 342-8837<br>hhashimoto@catf.us |
| *Counsel for Plaintiffs Downwinders at Risk, Sierra Club, Center for Biological Diversity, Air Alliance Houston, Texas Environmental Justice Advocacy Services, Appalachian Mountain Club, Earthworks, Natural Resources Defense Council, and Environmental Defense Fund* | *Counsel for Plaintiff Clean Wisconsin* |

TODD KIM
Assistant Attorney General

DAVID D. MITCHELL (IL Bar No. 6302250)
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 514-0165
Fax: (202) 514-8865
E-mail: david.mitchell@usdoj.gov

*Counsel for Defendant*

Joint Motion to Enter Consent Decree
Case No. 4:21-cv-3551-DMR

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| DOWNWINDERS AT RISK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No. 4:21-cv-3551-DMR<br><br>**JOINT MOTION TO ENTER CONSENT DECREE** |

Plaintiffs, Downwinders at Risk et al., and Defendant, Michael Regan, (together, "the Parties") provide notice of this Joint Motion to Enter Consent Decree.

The Parties move the Court to enter the attached Consent Decree (Exhibit A).

The Parties state the following in support:

1. Plaintiffs' Complaint (Dkt. No. 1) alleges that Defendant has failed to undertake non-discretionary duties under the Clean Air Act ("CAA"), 42 U.S.C. §§ 7401-7671q, and such alleged failures are actionable under CAA section 304(a)(2), 42 U.S.C. § 7604(a)(2).

2. The Complaint states claims alleging that Defendant has failed to take timely final action on State Implementation Plan ("SIP") submissions addressing "Good Neighbor" requirements under CAA section 110(a)(2)(D)(i)(I), 42 U.S.C. § 7410(a)(2)(D)(i)(I), for the 2015 ozone National Ambient Air Quality Standards for 32 states: Alabama, Arizona, Arkansas, California, Connecticut, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maryland, Michigan, Minnesota, Mississippi, Missouri, Montana, Nevada, New Jersey, New York, North Carolina, Ohio, Oklahoma, South Carolina, Tennessee, Texas, West Virginia, Wisconsin, and Wyoming.

3. On December 2, 2021, Defendant approved the Good Neighbor SIPs at issue in this case for Florida, Georgia, North Carolina and South Carolina. *Final Rule*, 86 Fed. Reg. 68,413. On December 20, 2021, Defendant approved the Good Neighbor SIP at issue in this case for Connecticut. *Final Rule*, 86 Fed. Reg. 71,830. On December 27, 2021, Defendant approved the Good Neighbor SIP at issue in this case for Hawaii. *Final Rule*, 86 Fed. Reg. 73,129. The Parties agree that these actions resolved Plaintiffs' claims with respect to these states.

4. The Parties agree on a proposed Consent Decree resolving Plaintiffs' claims in this case. Section 113(g) of the CAA, 42 U.S.C. § 7413(g), requires EPA to provide "a reasonable opportunity by notice in the *Federal Register* to persons who are not named as parties or intervenors to the action or matter to comment in writing" upon the proposed Consent Decree. The proposed Consent Decree was noticed in the *Federal Register* on October 15, 2021.[1] *Notice*, 86 Fed. Reg. 57,423. The notice and comment process is complete. The comments received did not disclose facts or considerations that indicate that Defendant or the United States Department of Justice should withhold consent.

5. The proposed Consent Decree requires Defendant to take final action on the remaining 26 states' Good Neighbor SIP submissions at issue in this case. Through the Consent Decree, the Parties indicate their agreement that the Consent Decree is fair, reasonable and in the public interest.

WHEREFORE, the Parties respectfully move the Court to enter the attached Consent Decree.

Respectfully submitted,

Dated: January 7, 2022

/s/ with permission
Paul R. Cort
Kathleen Riley, *Pro Hac Vice*

---

[1] *See* Docket No. EPA-HQ-OGC-2021-0692, *available at* https://www.regulations.gov/docket/EPA-HQ-OGC-2021-0692

Neil Gormley, *Pro Hac Vice*
Earthjustice

*Counsel for Plaintiffs Downwinders at Risk, Sierra Club, Center for Biological Diversity, Air Alliance Houston, Texas Environmental Justice Advocacy Services, Appalachian Mountain Club, Earthworks, Natural Resources Defense Council, and Environmental Defense Fund*

/s/ with permission
Hayden Hashimoto
Clean Air Task Force

*Counsel for Plaintiff Clean Wisconsin*

/s/ with permission
Zachary M. Fabish
Sierra Club

*Counsel for Plaintiff Sierra Club*


TODD KIM
Assistant Attorney General

Dated: January 7, 2022

/s/
DAVID D. MITCHELL
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section

*Counsel for Defendant*