UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOWNWINDERS AT RISK, et al.,

    Plaintiffs,

v.

MICHAEL S. REGAN,

    Defendant.

Case No. 21-cv-03551-DMR

**JUDGMENT**

Judgment is entered pursuant to the terms of the Consent Decree (Docket No. 22). The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: January 18, 2022

Donna M. Ryu
United States Magistrate Judge