DAVID D. MITCHELL (IL Bar No. 6302250)
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 514-0165
Fax: (202) 514-8865
E-mail: david.mitchell@usdoj.gov

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| DOWNWINDERS AT RISK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency, <br><br> Defendant. | Case No. 4:21-cv-3551-DMR <br><br> **NOTICE TO THE COURT OF CONSENT DECREE PARAGRAPH FOUR DEADLINE CONTINGENCY EXERCISED** |

Prior to February 28, 2022, the United States Environmental Protection Agency ("EPA") signed notices to propose disapproval of the "good neighbor"[1] state implementation plan (SIP) submittals for the 2015 Ozone National Ambient Air Quality Standards from the following nineteen states: Alabama, Arkansas, Illinois, Indiana, Kentucky, Louisiana, Maryland, Michigan, Minnesota, Mississippi, Missouri, New Jersey, New York, Ohio, Oklahoma, Tennessee, Texas,

---

[1] 42 U.S.C. § 7410(a)(2)(D)(i)(I) is often referred to as the "good neighbor" provision.

Notice to the Court of Consent Decree
Paragraph Four Deadline Contingency Exercised
Case No. 4:21-cv-3551-DMR

West Virginia and Wisconsin.[2]  On February 28, 2022, EPA Administrator Michael S. Regan signed the "Federal Implementation Plan Addressing Regional Ozone Transport for the 2015 Ozone National Ambient Air Quality Standard,"[3] which included proposed good neighbor federal implementation plans for the same nineteen states (among others).  All of these actions were transmitted to the Office of the Federal Register for publication in the *Federal Register* within ten business days of signature pursuant to paragraph six of the consent decree entered in this case (Dkt. No. 23).  Based on these actions, EPA triggered the contingent deadline to sign a final action by December 15, 2022 to approve, disapprove, conditionally approve, or approve in part and conditionally approve or disapprove in part the SIP submittals for the 2015 Ozone National Ambient Air Quality Standards from these states as provided in paragraph four of the consent decree entered in this case (Dkt. No. 23).

Respectfully submitted,

Dated: March 25, 2022

/s/
DAVID D. MITCHELL
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section

*Counsel for Defendant*

---

[2] *See* 87 Fed. Reg. 9463 (Feb. 22, 2022) (Maryland); 87 Fed. Reg. 9484 (Feb. 22, 2022) (New York, New Jersey); 87 Fed. Reg. 9498 (Feb. 22, 2022) (Kentucky); 87 Fed. Reg. 9516 (Feb. 22, 2022) (West Virginia); 87 Fed. Reg. 9533 (Feb. 22, 2022) (Missouri); 87 Fed. Reg. 9545 (Feb. 22, 2022) (Alabama, Mississippi, Tennessee); 87 Fed. Reg. 9798 (Feb. 22, 2022) (Arkansas, Louisiana, Oklahoma, Texas); 87 Fed. Reg. 9838 (Feb. 22, 2022) (Illinois, Indiana, Michigan, Minnesota, Ohio, Wisconsin).

[3] *See* https://www.epa.gov/system/files/documents/2022-03/nprm_transport-fip_2060-av5_prepublication.pdf (not yet published in the *Federal Register*)

Notice to the Court of Consent Decree
Paragraph Four Deadline Contingency Exercised
Case No. 4:21-cv-3551-DMR