Paul R. Cort, State Bar No. 184336
Earthjustice
50 California Street
San Francisco, CA 94111
Tel: 415-217-2000/Fax: 415-217-2040
pcort@earthjustice.org

Kathleen Riley, *Pro Hac Vice*
Neil Gormley, *Pro Hac Vice*
Earthjustice
1001 G St NW, Suite 1000
Washington, DC 20001
Tel: 202-667-4500/Fax: 202-667-2356
kriley@earthjustice.org
ngormley@earthjustice.org

*Counsel for Plaintiffs Downwinders at Risk, Sierra Club, Center for Biological Diversity, Air Alliance Houston, Texas Environmental Justice Advocacy Services, Appalachian Mountain Club, Earthworks, Natural Resources Defense Council, and Environmental Defense Fund*

Zachary Fabish, State Bar No. 247535
Sierra Club
50 F Street, NW, 8th Floor
Washington, DC 20001
(650) 388-8446
zachary.fabish@sierraclub.org

*Counsel for Plaintiff Sierra Club*

Hayden Hashimoto, State Bar No. 325150
Clean Air Task Force
114 State St., 6th Floor
Boston, MA 02109
(808) 342-8837
hhashimoto@catf.us

*Counsel for Plaintiff Clean Wisconsin*

TODD KIM
Assistant Attorney General

DAVID D. MITCHELL (IL Bar No. 6302250)
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 514-0165
Fax: (202) 514-8865
E-mail: david.mitchell@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DOWNWINDERS AT RISK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No. 4:21-cv-3551-DMR<br><br>**JOINT NOTICE OF SECOND STIPULATED EXTENSION OF CONSENT DECREE DEADLINES** |

Pursuant to paragraph 8 of the Consent Decree entered in this case (Dkt. No. 23)[1] ("Consent Decree"), Plaintiffs, Downwinders at Risk, et al., and Defendant, United States Environmental Protection Agency ("EPA") Administrator Michael S. Regan (together, "the Parties") stipulate to extend the deadlines for EPA to sign a final action to approve, disapprove, conditionally approve, or approve in part and conditionally approve or disapprove in part the state implementation plan ("SIP") submissions for Arizona, Tennessee, and Wyoming addressing Clean Air Act ("CAA") section 110(a)(2)(D)(i)(I) ("Good Neighbor Provision"), 42 U.S.C. § 7410(a)(2)(D)(i)(I), for the 2015 ozone national ambient air quality standards ("NAAQS") from January 31, 2023, to December 15, 2023.

The Parties stipulated to extend the deadlines for these three states once before, from December 15, 2022, to January 31, 2023. *See* Joint Notice of Stipulated Extension of Consent Decree Deadlines (Dkt. No. 32). There have been no other stipulated extensions of the deadlines for these SIP actions.

---

[1] Paragraph 8 of the Consent Decree allows Consent Decree deadlines to be modified by written stipulation of the Parties with notice to the Court. *See* Dkt. No. 23 ¶ 8.

Paragraph 4 of the Consent Decree established December 15, 2022, as a contingent deadline for EPA to sign a final action to approve, disapprove, conditionally approve, or approve in part and conditionally approve or disapprove in part the SIP submission addressing the CAA Good Neighbor Provision, 42 U.S.C. § 7410(a)(2)(D)(i)(I), for the 2015 ozone NAAQS from Tennessee if, by February 28, 2022, EPA signed for publication in the *Federal Register* (1) proposed full or partial disapproval of the SIP submission from Tennessee that address the CAA Good Neighbor Provision, 42 U.S.C. § 7410(a)(2)(D)(i)(I), for the 2015 ozone NAAQS, and (2) a proposed federal implementation plan that covers Tennessee that addresses the CAA Good Neighbor Provision, 42 U.S.C. § 7410(a)(2)(D)(i)(I), for the 2015 ozone NAAQS.  *See* Dkt. No. 23 ¶ 4.  EPA exercised the Consent Decree paragraph 4 contingency for Tennessee.  *See* Dkt. No. 25.

Paragraph 5 of the Consent Decree established December 15, 2022, as the deadline for EPA to sign for publication in the *Federal Register* notices of final rulemaking that approve, disapprove, conditionally approve, or approve in part and conditionally approve or disapprove in part the SIP submissions addressing the CAA Good Neighbor Provision, 42 U.S.C. § 7410(a)(2)(D)(i)(I), for the 2015 ozone NAAQS from Arizona and Wyoming.  *See* Dkt. No. 23 ¶ 5.

EPA needs until December 15, 2023, to finalize action on the SIP submissions addressing the CAA Good Neighbor Provision, 42 U.S.C. § 7410(a)(2)(D)(i)(I), for the 2015 ozone NAAQS from Arizona, Tennessee, and Wyoming to allow EPA to fully consider the updated air quality information and comments received during the public comment periods following the proposed SIP actions for these states.  Specifically, for these three states, further consideration of this information may result in EPA issuing a re-proposal of action, which would require another public notice and comment rulemaking action.

Respectfully submitted,

Dated: January 30, 2023

/s/ with permission
Kathleen Riley, *Pro Hac Vice*
Neil Gormley, *Pro Hac Vice*
Paul R. Cort
Earthjustice

|   |   |
|---|---|
|   | *Counsel for Plaintiffs Downwinders at Risk, Sierra Club, Center for Biological Diversity, Air Alliance Houston, Texas Environmental Justice Advocacy Services, Appalachian Mountain Club, Earthworks, Natural Resources Defense Council, and Environmental Defense Fund* |
|   | /s/ with permission<br>Hayden Hashimoto<br>Clean Air Task Force |
|   | *Counsel for Plaintiff Clean Wisconsin* |
|   | /s/ with permission<br>Zachary M. Fabish,<br>Sierra Club |
|   | *Counsel for Plaintiff Sierra Club* |
|   | TODD KIM<br>Assistant Attorney General |
| Dated: January 30, 2023 | /s/<br>DAVID D. MITCHELL<br>United States Department of Justice<br>Environment and Natural Resources Division<br>Environmental Defense Section |
|   | *Counsel for Defendant* |

Joint Notice of Second Stipulated Extension of Consent Decree Deadlines
Case No. 4:21-cv-3551                                                                                                       4