DAVID D. MITCHELL (IL Bar No. 6302250)
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 514-0165
Fax: (202) 514-8865
E-mail: david.mitchell@usdoj.gov

*Counsel for Defendant*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| DOWNWINDERS AT RISK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No. 4:21-cv-3551-DMR<br><br>**NOTICE TO THE COURT OF THIRD STIPULATED EXTENSION OF CONSENT DECREE DEADLINES CONTINGENCY EXERCISED** |

On January 16, 2024, the United States Environmental Protection Agency ("EPA") signed notices to propose disapproval of the "good neighbor"[1] state implementation plan (SIP) submittals for the 2015 Ozone National Ambient Air Quality Standards from Arizona and Tennessee and proposed good neighbor federal implementation plans for these states (among

---

[1] 42 U.S.C. § 7410(a)(2)(D)(i)(I) is often referred to as the "good neighbor" provision.

others).² These actions were transmitted to the Office of the Federal Register for publication in the *Federal Register* within ten business days of signature pursuant to paragraph six of the consent decree entered in this case (Dkt. No. 23). Based on these actions occurring before February 12, 2024, EPA triggered the contingent deadline to sign a final action by August 30, 2024, to approve, disapprove, conditionally approve, or approve in part and conditionally approve or disapprove in part the SIP submittals for the 2015 Ozone National Ambient Air Quality Standards from Arizona and Tennessee as provided in the consent decree entered in this case as modified in the Joint Notice of Third Stipulated Extension of Consent Decree Deadlines. (Dkt. No. 34).

Respectfully submitted,

Dated: February 9, 2024

/s/
DAVID D. MITCHELL
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section

*Counsel for Defendant*

---

² *See* https://perma.cc/T2RK-TS66 (not yet published in the *Federal Register*)

Notice to the Court of Third Stipulated Extension of
Consent Decree Deadlines Contingency Exercised
Case No. 4:21-cv-3551-DMR