Paul R. Cort, State Bar No. 184336
Earthjustice
50 California Street
San Francisco, CA 94111
Tel: 415-217-2000/Fax: 415-217-2040
pcort@earthjustice.org

Kathleen Riley, *Pro Hac Vice*
Earthjustice
1001 G St NW, Suite 1000
Washington, DC 20001
Tel: 202-667-4500/Fax: 202-667-2356
kriley@earthjustice.org

*Counsel for Plaintiffs Downwinders at Risk,
Sierra Club, Center for Biological Diversity,
Air Alliance Houston, Texas Environmental
Justice Advocacy Services, Appalachian
Mountain Club, Earthworks, Natural
Resources Defense Council, and
Environmental Defense Fund*

TODD KIM
Assistant Attorney General

DAVID D. MITCHELL (IL Bar No. 6302250)
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 514-0165
Fax: (202) 514-8865
E-mail: david.mitchell@usdoj.gov

*Counsel for Defendant*

Zachary Fabish, State Bar No. 247535
Sierra Club
50 F Street, NW, 8th Floor
Washington, DC 20001
(650) 388-8446
zachary.fabish@sierraclub.org

*Counsel for Plaintiff Sierra Club*

Hayden Hashimoto, State Bar No. 325150
Clean Air Task Force
114 State St., 6th Floor
Boston, MA 02109
(808) 342-8837
hhashimoto@catf.us

*Counsel for Plaintiff Clean Wisconsin*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

DOWNWINDERS AT RISK, et al.,

Plaintiffs,

v.

MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency,

Defendant.

Case No. 4:21-cv-3551-DMR

**JOINT NOTICE OF FOURTH STIPULATED EXTENSION OF CONSENT DECREE DEADLINES**

Pursuant to Paragraph 8 of the Consent Decree entered in this case (Dkt. No. 23)[1] ("Consent Decree"), Plaintiffs, Downwinders at Risk, et al., and Defendant, United States Environmental Protection Agency ("EPA") Administrator Michael S. Regan (together, "the Parties") stipulate to extend the deadlines in the Consent Decree as follows:

1.      The deadline for EPA to sign a final action to approve, disapprove, conditionally approve, or approve in part and conditionally approve or disapprove in part state implementation plan ("SIP") submissions from Arizona and Tennessee addressing Clean Air Act ("CAA") section 110(a)(2)(D)(i)(I), 42 U.S.C. § 7410(a)(2)(D)(i)(I), for the 2015 ozone national ambient air quality standards ("NAAQS") is extended from August 30, 2024, to November 26, 2024.

2.      The Parties stipulated to extend the deadline for these states three times prior, first from December 15, 2022, to January 31, 2023, second to December 15, 2023, and third to February 12, 2024, or, if EPA exercised a stipulated contingency, to August 30, 2024.  *See* Joint Notice of Stipulated Extension of Consent Decree Deadlines (Dkt. No. 32), Joint Notice of Second Stipulated Extension of Consent Decree Deadlines (Dkt. No. 33), Third Joint Notice of Stipulated Extension of Consent Decree

---

[1] Paragraph 8 of the Consent Decree allows Consent Decree deadlines to be modified by written stipulation of the Parties with notice to the Court.  *See* Dkt. No. 23 ¶ 8.

Joint Notice of Fourth Stipulated Extension of Consent Decree Deadlines
Case No. 4:21-cv-3551                                                      2

Deadlines (Dkt. No. 34).  The Joint Notice of Third Stipulated Extension of Consent Decree Deadlines provided the February 12, 2024, deadline for Arizona or Tennessee, and also provided if, by February 12, 2024, EPA signed for publication in the Federal Register (i) a proposed full or partial disapproval of a SIP submission for Arizona and Tennessee that addresses CAA section 110(a)(2)(D)(i)(I), 42 U.S.C. § 7410(a)(2)(D)(i)(I), for the 2015 ozone NAAQS, and (ii) a proposed federal implementation plan for those states that addresses CAA section 110(a)(2)(D)(i)(I), 42 U.S.C. § 7410(a)(2)(D)(i)(I), for the 2015 ozone NAAQS, then EPA would have until August 30, 2024, to sign a final action to approve, disapprove, conditionally approve, or approve in part and conditionally approve or disapprove in part the CAA section 110(a)(2)(D)(i)(I), 42 U.S.C. § 7410(a)(2)(D)(i)(I), provisions of that SIP submission pursuant to CAA section 110(k)(2)-(4), 42 U.S.C. § 7410(k)(2)-(4).  On January 16, 2024, EPA exercised the contingency for the August 30, 2024, deadlines.  *See* Dkt. No. 35.  There have been no other extensions of the deadlines for these SIP actions.

3.  On February 16, 2024, EPA issued a supplemental notice of proposed rulemaking to address the relevant obligations for Arizona and Tennessee, along with Iowa, Kansas, and New Mexico, with comments due on May 16, 2024.  89 Fed. Reg. 12666.  Additional time is necessary to adequately consider and, where necessary, respond to the public comments received, and to develop the final rule and supporting materials.  The additional time is also necessary for EPA to coordinate EPA's actions for Arizona and Tennessee with timely, related actions for other states.  Therefore, the Parties stipulate that the deadline for EPA to sign a final action to approve, disapprove, conditionally approve, or approve in part and conditionally approve or disapprove in part SIP submissions from Arizona and Tennessee addressing CAA section 110(a)(2)(D)(i)(I), 42 U.S.C. § 7410(a)(2)(D)(i)(I), for the 2015 ozone NAAQS is extended from August 30, 2024, to November 26, 2024.

Respectfully submitted,

Dated: August 22, 2024

/s/ with permission
Kathleen Riley, *Pro Hac Vice*
Paul R. Cort
Earthjustice

*Counsel for Plaintiffs Downwinders at Risk, Sierra Club, Center for Biological Diversity, Air Alliance Houston, Texas Environmental Justice Advocacy Services, Appalachian Mountain Club, Earthworks, Natural Resources Defense Council, and Environmental Defense Fund*

/s/ with permission
Hayden Hashimoto
Clean Air Task Force

*Counsel for Plaintiff Clean Wisconsin*

TODD KIM
Assistant Attorney General

Dated: August 22, 2024

/s/
DAVID D. MITCHELL
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section

*Counsel for Defendant*

## FILING ATTESTATION

I attest that the signing counsel for Plaintiffs concur in filing this document.

Dated: August 22, 2024

/s/
DAVID D. MITCHELL
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section