| | |
|---|---|
| Paul R. Cort, State Bar No. 184336<br>Earthjustice<br>50 California Street<br>San Francisco, CA 94111<br>Tel: 415-217-2000/Fax: 415-217-2040<br>pcort@earthjustice.org | Zachary Fabish, State Bar No. 247535<br>Sierra Club<br>50 F Street, NW, 8th Floor<br>Washington, DC 20001<br>(650) 388-8446<br>zachary.fabish@sierraclub.org |
| Kathleen Riley, *Pro Hac Vice*<br>Earthjustice<br>1001 G St NW, Suite 1000<br>Washington, DC 20001<br>Tel: 202-667-4500/Fax: 202-667-2356<br>kriley@earthjustice.org | *Counsel for Plaintiff Sierra Club*<br><br>Hayden Hashimoto, State Bar No. 325150<br>Clean Air Task Force<br>114 State St., 6th Floor<br>Boston, MA 02109<br>(808) 342-8837<br>hhashimoto@catf.us |
| *Counsel for Plaintiffs Downwinders at Risk, Sierra Club, Center for Biological Diversity, Air Alliance Houston, Texas Environmental Justice Advocacy Services, Appalachian Mountain Club, Earthworks, Natural Resources Defense Council, and Environmental Defense Fund* | *Counsel for Plaintiff Clean Wisconsin* |

TODD KIM
Assistant Attorney General

DAVID D. MITCHELL (IL Bar No. 6302250)
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 514-0165
Fax: (202) 514-8865
E-mail: david.mitchell@usdoj.gov

*Counsel for Defendant*

Joint Notice of Fifth Stipulated Extension of Consent Decree Deadlines
Case No. 4:21-cv-3551                                                                                                   1

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DOWNWINDERS AT RISK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No. 4:21-cv-3551-DMR<br><br>**JOINT NOTICE OF FIFTH STIPULATED EXTENSION OF CONSENT DECREE DEADLINES** |

Paragraph 8 of the Consent Decree entered in this case (Dkt. No. 23) ("Consent Decree") allows Plaintiffs, Downwinders at Risk, et al., and Defendant, United States Environmental Protection Agency ("EPA") Administrator Michael S. Regan (together, "the Parties") to modify Consent Decree deadlines by written stipulation of the Parties with notice to the Court. *See* Dkt. No. 23 ¶ 8. Pursuant to this provision the Parties stipulate to extend the deadlines in the Consent Decree as follows:

1. The deadline for EPA to sign a final action to approve, disapprove, conditionally approve, or approve in part and conditionally approve or disapprove in part state implementation plan ("SIP") submissions from Arizona and Tennessee addressing Clean Air Act ("CAA") section 110(a)(2)(D)(i)(I), 42 U.S.C. § 7410(a)(2)(D)(i)(I), for the 2015 ozone national ambient air quality standards ("NAAQS") is extended from November 26, 2024, to February 26, 2026.

2. The Parties stipulated to extend the deadline for these states four times prior, first from December 15, 2022, to January 31, 2023, second to December 15, 2023, third to February 12, 2024, or, if EPA exercised a stipulated contingency, to August 30, 2024, and fourth to November 26, 2024. *See* Joint Notice of Stipulated Extension of Consent Decree Deadlines (Dkt. No. 32), Joint Notice of Second Stipulated Extension of Consent Decree Deadlines (Dkt. No. 33), Third Joint Notice of Stipulated Extension of Consent Decree Deadlines (Dkt. No. 34), Joint Notice of Fourth Stipulated Extension of

Consent Decree Deadlines (Dkt. No. 37).  There have been no other extensions of the deadlines for these SIP actions.

      3.  EPA rulemaking concerning CAA section 110(a)(2)(D)(i)(I), 42 U.S.C. § 7410(a)(2)(D)(i)(I), for the 2015 ozone NAAQS and taken in accordance with deadlines in Paragraphs 3 and 4 of the Consent Decree in this case (88 Fed. Reg. 9336) is currently undergoing judicial review.  *See, e.g., Oklahoma v. EPA*, 93 F.4th 1262 (10th Cir. 2024), *cert. granted* 2024 WL 4529798 (Oct. 21, 2024).  In consideration of the uncertainty generated by this ongoing litigation, EPA believes additional time is necessary to address the obligations outstanding for Arizona and Tennessee under Paragraphs 3 and 4 of the Consent Decree.  Therefore, the Parties stipulate that the deadline for EPA to sign a final action to approve, disapprove, conditionally approve, or approve in part and conditionally approve or disapprove in part SIP submissions from Arizona and Tennessee addressing CAA section 110(a)(2)(D)(i)(I), 42 U.S.C. § 7410(a)(2)(D)(i)(I), for the 2015 ozone NAAQS is extended from November 26, 2024, to February 26, 2026.

Respectfully submitted,

Dated: Nov. 25, 2024

/s/ *Kathleen Riley* with permission
Kathleen Riley, *Pro Hac Vice*
Paul R. Cort
Earthjustice

*Counsel for Plaintiffs Downwinders at Risk, Sierra Club, Center for Biological Diversity, Air Alliance Houston, Texas Environmental Justice Advocacy Services, Appalachian Mountain Club, Earthworks, Natural Resources Defense Council, and Environmental Defense Fund*

/s/ *Hayden Hashimoto* with permission
Hayden Hashimoto
Clean Air Task Force

*Counsel for Plaintiff Clean Wisconsin*

|   |   |
|---|---|
|   | TODD KIM<br>Assistant Attorney General |
| Dated: Nov. 25, 2024 | /s/ *David Mitchell*<br>DAVID D. MITCHELL<br>United States Department of Justice<br>Environment and Natural Resources Division<br>Environmental Defense Section |
|   | *Counsel for Defendant* |

**FILING ATTESTATION**

I attest that the signing counsel for Plaintiffs concur in filing this document.

|   |   |
|---|---|
| Dated: Nov. 25, 2024 | /s/ *David Mitchell*<br>DAVID D. MITCHELL<br>United States Department of Justice<br>Environment and Natural Resources Division<br>Environmental Defense Section |